1
2
3
4
5          UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  ELVIS CAMILO RENTERIA LOPEZ,<br><br>8                    Plaintiff,<br><br>9        v.<br><br>10 MEGAN A. WHITMIRE and BRUCE SPANNER,<br><br>11                    Defendant. | NO:  2:16-CV-0055-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

13    By Order filed April 1, 2016, the Court directed Plaintiff to comply with the
14 filing fee requirements of 28 U.S.C. § 1915(a), or to pay the $400 filing fee to
15 commence this action.  Plaintiff, a *pro se* prisoner at the Airway Heights Corrections
16 Center, did not comply with the Court's directive and has neither filed for *in forma*
17 *pauperis* status nor paid the filing fee.  Plaintiff did send the Clerk of Court a letter
18 asking to be notified when his case is dismissed so that he can file an appeal to the
19 Ninth Circuit, evidencing that he has no intention of complying with the Court's
20 directive to seek *in forma pauperis* status or pay the proper filing fee.  ECF No. 5.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE REQUIREMENTS -- 1

1  Accordingly, for the reasons set forth above and in the Court's prior Order
2  (ECF No. 4), **IT IS ORDERED** that this action is **DISMISSED** for failure to
3  comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

4  **IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order,
5  enter judgment, forward copies to Plaintiff and close the file. The Court certifies
6  any appeal of this dismissal would not be taken in good faith.

7  **DATED** May 3, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2